IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT DOZIER,

    Plaintiff,

  v.

ACTION PROFESSIONALS INC., et al.,

    Defendants.

No. 19-01472

**ORDER TO SHOW CAUSE**

On April 11, 2019, defendant Action Professionals Inc. moved to dismiss *pro se* plaintiff Scott Dozier's complaint (Dkt. No. 9). Four days later, on April 15, 2019, defendant Equifax Information Services LLC also moved to dismiss (Dkt. No. 12). Under Civil Local Rule 7-3(a), plaintiff had fourteen days from the date each defendant filed its motion to file his opposition. Those deadlines were April 25 and April 29. To date, no opposition has been filed.

By **MAY 23**, plaintiff must **SHOW CAUSE** why defendants' motions should not be granted. Failure to oppose defendants' motions by this date will result in dismissal of plaintiff's complaint. The hearing on the motions to dismiss currently set for May 23, 2019 at 8:00 A.M. is **CONTINUED** to **JUNE 6, 2019** at **8:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 13, 2019.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE