IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT DOZIER,

    Plaintiff,

v.

ACTION PROFESSIONALS INC., et al.,

    Defendants.

No. 19-01472

**SECOND ORDER TO SHOW CAUSE**

On April 11, 2019, defendant Action Professionals Inc. moved to dismiss *pro se* plaintiff Scott Dozier's complaint (Dkt. No. 9). Four days later, on April 15, 2019, defendant Equifax Information Services LLC also moved to dismiss (Dkt. No. 12). Under Civil Local Rule 7-3(a), plaintiff had fourteen days from the date each defendant filed its motion to file his opposition. Those deadlines were April 25 and April 29. Plaintiff failed to meet those deadlines.

On May 13, an order to show cause issued (Dkt. No. 19) and was served on plaintiff (Dkt. No. 21). The order noted that a failure to oppose defendants' motions by May 23 will result in dismissal of plaintiff's complaint. That date has come and gone, and as of the date of this order, no opposition has been filed.

Plaintiff has been put on notice that failure to oppose defendant's motion will result in dismissal of his complaint (Dkt. No. 19). Because plaintiff has not yet filed a response, plaintiff must now **SHOW CAUSE** in writing by **JUNE 13** at **NOON** why defendants' motions should not be granted. Should plaintiff fail to show cause by this date, his complaint will be dismissed and

the hearing vacated.  The hearing on the motions to dismiss currently set for June 6, 2019 at 8:00 A.M. is **CONTINUED** to **JULY 11, 2019** at **8:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 30, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE